## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 1:10-cv-23241-JLK

SWATCH S.A. a/k/a SWATCH A.G.; and
THE SWATCH GROUP (U.S.) Inc.,

             Plaintiffs,

       v.

TICK TOCK, INC., INTERNATIONAL TIME,
INC., THE PFEFFER GROUP LLC, JACOB
PFEFFER, JOSE PFEFFER, ERIC PFEFFER,
TERESA PFEFFER, CARLA PFEFFER, JOHN
and JANE DOE 1-10, and JOHN DOE
CORPORATIONS 1-10,
all whose true names are unknown

             Defendants.

## FINAL JUDGMENT AND PERMANENT INJUNCTION ON CONSENT

This matter, having come for consideration upon the Plaintiffs Swatch S.A. a/k/a Swatch

A.G. ("Swatch") and The Swatch Group (U.S.) Inc.'s ("TSG") (collectively "Plaintiffs")

Complaint for trademark infringement, copyright infringement, patent infringement and related

causes of action based on Defendants Tick Tock, Inc., International Time, Inc., The Pfeffer

Group LLC, Jacob Pfeffer, Jose Pfeffer, Eric Pfeffer, Teresa Pfeffer, and Carla Pfeffer's

("Defendants") alleged acts of unlawful importation, material alteration and offering for sale and

sale of infringing SWATCH-branded goods, and the Parties now having represented to this Court

that they have settled their differences, individually and collectively hereby agree to entry of the

within Final Judgment and Permanent Injunction on Consent ("Consent Judgment"), **IT IS**

**HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      This Court has jurisdiction over each of the parties to this Consent Judgment, and over the subject matter in issue.  Venue is proper in this Court.

2.      The Plaintiffs have alleged that the Defendants, individually and collectively, have infringed and/or have induced or and/or contributed to infringement of one or more of the rights owned by Plaintiffs, including the registrations attached hereto as Exhibit 1 ("Plaintiffs' Intellectual Property").

3.      The Defendants, individually and collectively, have elected not to litigate the Plaintiffs' allegations.

4.      The Defendants, individually and collectively, and their parents, affiliates, subsidiaries, agents, servants, employees, partners, business entities, attorneys, and/or persons controlled directly or indirectly by the Defendants or acting on their behalf or in concert with them and all those person in active concert or participation with them or any one of them are **HEREBY ENJOINED** from the sale, transfer, importation, offering for sale, advertisement (including online advertisement via the Internet), movement, distribution and/or marketing of any products constituting, embodying or bearing the Plaintiffs' Intellectual Property and/or rendering of any assistance whatsoever in the sale, transfer, importation advertisement, movement, modification, manufacture or distribution of such products or products colorably resembling any of Plaintiffs' Intellectual Property, unless expressly authorized by Swatch and TSG.

5.      The Defendants, individually and collectively, **REPRESENT** that they do not possess any timepieces or other goods constituting, embodying or bearing any of the Plaintiffs' Intellectual Property.

6.     The Defendants, individually and collectively, represent that they have **PERMANENTLY CEASED and DESISTED** from importing, selling, distributing, advertising, and/or promoting timepieces or other goods constituting, embodying or bearing any of the Plaintiffs' Intellectual Property and further warrant and represent that they have ceased and desisted all activities enabling such activities listed above.

7.     This Consent Judgment shall be **BINDING ON** and **INURE TO** the benefit of the executors, administrators, personal representatives, heirs, successors and assigns of each party.

8.     The Clerk shall **CLOSE** this case and **DENY** as moot all pending motions.

9.     This Court **RETAINS** over the parties and the subject matter for the purpose of enforcing compliance with the terms stated herein and for enabling the parties to apply to this Court for further orders and to remediate violations hereof.  Upon finding a party to be in violation of a provision of this Consent Judgment, the Court will issue an order directing the violating party to comply with the violated provisions.  Any such application to enforce the terms hereof may be served on the parties' respective counsel by reputable overnight courier at counsel's address existing at such time.  In the event that any of the Defendants is found by the Court to have violated or to be in default of paragraph 4 of the Consent Judgment then the Court shall also assess liquidated damages of $300.00 per unit of product, and award reasonable attorneys fees and costs for the enforcement of the Order, including investigative fees and expenses.  In the event that any of the Defendants is found by the Court not to have violated or to be in default of paragraph 4 of the Consent Judgment, the Court shall award reasonable attorneys' fees and costs for defending against the alleged violation or default, including investigative fees and expenses.

3

10.     This Consent Judgment **RESOLVES** all claims in the above-styled matter.  This Consent Judgment shall be entered **WITHOUT** the taxation of costs, damages or attorneys fees.

**DONE AND ORDERED** in Chambers, at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 5th day of August, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

COLLEN IP

By: _____

Jeffrey A. Lindenbaum
COLLEN *IP*
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668
(914) 941-6091
jlindenbaum@collenip.com
*Attorneys for Plaintiffs*

Dated: ~~February~~ July 12, 2011

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: _____

Phillip C. Zane
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
920 Massachusetts Avenue, NW, Suite 900
Washington, DC 20001
202.508.3490 (tel)
202.220.2290 (fax)
pzane@bakerdonelson.com
*Attorneys for Defendants*

Dated: ~~February~~ July 16, 2011

K628_Draft consent judgment_110208.DOC

5

# EXHIBIT 1

# EXHIBIT 1

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

Reg. No. 1,356,512
Registered Aug. 27, 1985

### TRADEMARK
### PRINCIPAL REGISTER

# swatch

ETA S.A. FABRIQUES D'EBAUCHES (SWIT-
ZERLAND CORPORATION)
GRENCHEN, SWITZERLAND 2540

FOR: WATCHES AND PARTS THEREOF, IN
CLASS 14 (U.S. CL. 27).
FIRST USE 5-31-1982; IN COMMERCE
5-31-1982.

OWNER OF U.S. REG. NOS. 1,227,456 AND
1,252,863.

SER. NO. 506,848, FILED 11-2-1984.

ROBERT PEVERADA, EXAMINING ATTOR-
NEY

USPTO Assignments on the Web

**Page 1 of 1**

 **United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 73506848    **Filing Dt:** 11/02/1984    **Reg #:** 1356512    **Reg. Dt:** 08/27/1985
**Registrant:** ETA S.A. FABRIQUES D'EBAUCHES
**Mark:** SWATCH

**Assignment: 1**

**Reel/Frame:** 0505/0269    **Received:**    **Recorded:** 09/13/1985    **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** ETA S. A. FABRIQUES D'EBAUCHES    **Exec Dt:** 08/15/1985
                                                **Entity Type:** CORPORATION
                                                **Citizenship:** SWITZERLAND

**Assignee:** SWATCH S. A.    **Entity Type:** CORPORATION
9, ROUTE DE BOUJEAN    **Citizenship:** SWITZERLAND
2502-BIENNE, SWITZERLAND

**Correspondent:** MCGLEW AND TUTTLE
28 WEST 44TH ST.
NEW YORK, NY 10036

**Assignment: 2**

**Reel/Frame:** 0517/0992    **Received:**    **Recorded:** 02/18/1986    **Pages:** 3
**Conveyance:** ATTESTATION BY SUPERINTENDANT OF THE JOINT STOCK COMPANY, BIENNE, COMMERCIAL REGISTER SHOWING
CHANGE OF ADDRESS ON NOV. 18, 1985 (IN FRENCH WITH ENGLISH TRANSLATION ATTACHED

**Assignor:** SWATCH AG (SWATCH SA) (SWATCH LTD.)    **Exec Dt:** 12/11/1985
                                                    **Entity Type:** UNKNOWN
                                                    **Citizenship:** NONE

**Assignee:** SWATCH AG (SWATCH SA) (SWATCH LTD.)    **Entity Type:** UNKNOWN
94 RUE JAKOB STAEMPFLI    **Citizenship:** NONE

**Correspondent:** MCGLEW AND TUTTLE
28 WEST 44TH ST.
NEW YORK, NY 10036

Search Results as of: 06/11/2009 06:41 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 671-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

**Reg. No. 1,849,657**
**Registered Aug. 9, 1994**

### SERVICE MARK
#### PRINCIPAL REGISTER

# swatch

SWATCH SA (SWITZERLAND CORPORA-
TION)
94, RUE JAKOB STAMPFLI
501 BIENNE, SWITZERLAND

FOR: RETAIL STORE SERVICES; NAMELY,
RETAIL SHOPS FEATURING, SUNGLASSES
AND ELECTRONICS, IN CLASS 42 (U.S. CL.
101).

FIRST USE 11–26–1993; IN COMMERCE
11–26–1993.

OWNER OF U.S. REG. NOS. 1,490,111,
1,631,076, AND OTHERS.

SN 74–248,413, FILED 2–21–1992.

SASHA CARTER, EXAMINING ATTORNEY



USPTO Assignments on the Web                                                                    Page 1 of 1

 **United States** Patent and Trademark Office

**Home|Site Index|**Search**|Guides|Contacts|eBusiness|eBiz alerts|News|Help**



## Assignments on the Web > Trademark Query

## No assignment has been recorded at the USPTO

### For Serial Number: 74248413

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 14**

**Prior U.S. Cl.: 27**

Reg. No. 1,671,076

## United States Patent and Trademark Office

Registered Jan. 7, 1992

### TRADEMARK
#### PRINCIPAL REGISTER

## SWATCH

SWATCH S.A. (SWITZERLAND CORPORA-
TION)
94 RUE JAKOB STAMPFLI
BIENNE, SWITZERLAND

FIRST USE 11-12-1981; IN COMMERCE
11-12-1981.

SER. NO. 74-079,220, FILED 7-17-1990.

FOR: WATCHES, CLOCKS AND PARTS
THEREOF, IN CLASS 14 (U.S. CL. 27).

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

USPTO Assignments on the Web

Page 1 of 1

 **United States** Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

## No assignment has been recorded at the USPTO

### For Serial Number: 74079220

If you have any comments or questions concerning the data displayed, contact PRO / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



6/30/2009

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,752,980**

**United States Patent and Trademark Office**   Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## SWATCH

SWATCH S.A. (SWATCH A.G.) (SWATCH LTD.) (SWITZERLAND CORPORATION)
94, RUE JAKOB STAMPFLI
BIENNE, SWITZERLAND CH-2501

FOR: JEWELRY, NAMELY, EARRINGS, NECK-LACES, PENDANTS, BRACELETS AND RINGS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-2002, IN COMMERCE 8-0-2002.

OWNER OF U.S. REG. NOS. 1,356,512, 2,217,468 AND OTHERS.

SER. NO. 78-124,477, FILED 4-26-2002.

APRIL L. RADEMACHER, EXAMINING ATTORNEY



 **United** States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments** on the Web > Trademark Query

## No assignment has been recorded at the USPTO

### For Serial Number: 78124477

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Prior U.S. Cl.: 27**

**Reg. No. 1,664,054**

# United States Patent and Trademark Office

**Registered Nov. 12, 1991**

## TRADEMARK
### PRINCIPAL REGISTER

## SWATCH SCUBA 200

SWATCH SA (SWITZERLAND CORPORA-
TION)
94, RUE JAKOB STAMPFLI
BIENNE, SWITZERLAND

FOR: WATCHES, THEIR PARTS AND AC-
CESSORIES, IN CLASS 14 (U.S. CL. 27).
FIRST USE 5-9-1990; IN COMMERCE
5-9-1990.
OWNER OF SWITZERLAND REG. NO.
378412, DATED 4-12-1990, EXPIRES 4-12-2010.

OWNER OF U.S. REG. NOS. 1,252,863,
1,356,512, AND 1,435,443.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SCUBA", APART FROM THE
MARK AS SHOWN.

SER. NO. 74-051,641, FILED 4-23-1990.

ALICE SUE CARRUTHERS, EXAMINING AT-
TORNEY

USPTO Assignments on the Web
Case 1:10-cv-23241-XXXX   Document 1-2   Entered on FLSD Docket 09/08/2010   Page 11 of 15
Page 1 of 1



**United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

**Assignments on the Web > Trademark Query**

# No assignment has been recorded at the USPTO

### For Serial Number: 74051641

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

## United States Patent and Trademark Office

**Reg. No. 1,938,930**
**Registered Nov. 28, 1995**

### TRADEMARK
### PRINCIPAL REGISTER

## IRONY

SWATCH AG (SWATCH SA) (SWATCH LTD.) (SWITZERLAND CORPORATION)
94, RUE JAKOB STAMPFLI
2500 BIENNE, SWITZERLAND

FOR: WATCHES AND THEIR PARTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 11-29-1994; IN COMMERCE 11-29-1994.

SER. NO. 74-644,210, FILED 3-10-1995.

JERI J. FICKES, EXAMINING ATTORNEY

USPTO Assignments on the Web

Page 1 of 1



**United States Patent and Trademark Office**

**Home** | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments** on the Web > <u>Trademark Query</u>

# No assignment has been recorded at the USPTO

### For Serial Number: 74644210

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Int. Cl.: 14**

**Prior** U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 1,942,870**

## United States Patent and Trademark Office

**Registered Dec. 19, 1995**

### TRADEMARK
### PRINCIPAL REGISTER



SWATCH AG (SWATCH SA) (SWATCH LTD.) (SWITZERLAND CORPORATION) 94, RUE JAKOB STAMPFLI 2500 BIENNE, SWITZERLAND

FOR: WATCHES AND THEIR PARTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
FIRST USE 11-29-1994; IN COMMERCE 11-29-1994.

PRIORITY CLAIMED UNDER SEC. 44(D) ON SWITZERLAND APPLICATION NO. 5835.1994.1, FILED 8-26-1994, REG. NO. 413479, DATED 8-26-1994, EXPIRES 8-26-2004.

SER. NO. 74-628,211, FILED 2-1-1995.

JERI J. FICKES, EXAMINING ATTORNEY



USPTO Assignments on the Web

Page 1 of 1

**United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

**Assignments** on the Web > <u>Trademark Query</u>

# No assignment has been recorded at the USPTO

## For Serial Number: 74628211

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at **571-272-3350**.
Web interface last modified: October 16, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://www.wipo.int/cgi-hag/guest/ifetch5?ENG+HAGUE-ALL.vdb+1...ERSE+0+0+13027+F+1+1+1+25+SEP-0/HITNUM,B,,+IDN%2fDM%2f058481+



**1 of 1**

## Dépôts publiés selon l'Acte de 1960 /
## Deposits Published Under the 1960 Act

**(11)**
**DM/058481**
**(15)**
**14.01.2002**
**(18)**
14.01.2012

**(73)**
SWATCH AG (SWATCH SA) (SWATCH LTD.), 94, Rue Jakob Stämpfli, CH-2502 BIENNE (CH)
**(86)**
**(87)**
**(88)**
CH
**(74)**
THE SWATCH GROUP SA (THE SWATCH GROUP AG) (THE SWATCH GROUP LTD.) Faubourg du Lac 6, CH-2502 BIENNE (CH)
**(28)**
1
**(54)**
Boîte de montre /
*Watch case*
**(51)**
Cl. 10-07
**(81)**
I. AN, EG, ES, ID, TN, VA. II. BX, CH, DE, FR, GR, IT, KP, LI, MA, MC, MD, ME, MK, MN, RO, RS, SI
**(45)**
28.02.2002



http://www.wipo.int/cgi-hag/guest/ifetch5?ENG+HAGUE-ALL.vdb+1...ERSE+0+0+13027+F+1+1+1+25+SEP-0/HITNUM,B,,+IDN%2fDM%2f058481+





## Enregistrements internationaux issus de demandes internationales régies exclusivement ou partiellement par l'Acte de 1999 et/ou l'Acte de 1960 / International Registrations Resulting from International Applications Governed Exclusively or Partly by the 1999 Act and/or the 1960 Act

**(11)**
DM/067074
**(15)**
14.10.2005
**(18)**
14.10.2010

**(22)**
14.10.2005
**(73)**
SWATCH AG (SWATCH SA) (SWATCH LTD.), 94, Rue Jakob Stämpfli, CH-2502 BIENNE (CH)
**(86)**
**(87)**
**(88)**
**(85)**
CH
**(85)**
CH
**(74)**
THE SWATCH GROUP SA (THE SWATCH GROUP AG) (THE SWATCH GROUP LTD.) Faubourg du Lac 6, CH-2502 BIENNE (CH)
**(72)**
Alfredo BELLAVEGLIA, SWATCH SA, rue Jakob Stämpfli 94, CH-2502 BIENNE
**(28)**
1
**(51)**
Cl. 10-02
**(54)**
Montre-bracelet /
*Wristwatch*
**(81)**

http://www.wipo.int/cgi-hag/guest/ifetch5?ENG+HAGUE-ALL...v8v1...ERSE+0+0+21626+F+1+1_1+25+SEP-0/HITNUM,B,,+IDN%2fDM%2f067074+

I. AN, ID, TN. II. BG, BX, BZ, DE, FR, GR, IT, KP, MA, MC, ME, MK, MN, RS. III. CH, EE,
EG, ES, GE, HR, HU, KG, LI, MD, SG, SI, TR, UA

**(45)**

30.11.2005

1

http://www.wipo.int/cgi-hag/guest/ifetch5?ENG+HAG...26+F+1+1+1+2_...P-0/HITNUM,B,,+IDN%2fDM%2f067074+ (2 of 2)6/11/2009 1:47:91 PM



US00D477235S

(12) **United States Design Patent**     (10) Patent No.:     **US D477,235 S**
El Kadiri                                  (45) Date of Patent:     ** **Jul. 15, 2003**

(54)  WATCH CASE

(75)  Inventor:  **Hakim El Kadiri**, St-Blaise (CH)

(73)  Assignee:  **Swatch AG (Swatch SA) (Swatch LTD)., Bienne (CH)**

(**)  Term:  **14 Years**

(21)  Appl. No.: **29/163,783**

(22)  Filed:  **Jul. 12, 2002**

(30)       Foreign Application Priority Data

Jan. 14, 2002   (WO) ........................... DM/0 . . :

(51)  LOC (7) Cl. ........................................ 14-02
(52)  U.S. Cl. ....................................... 1 . . .
(53)  Field of Search .................... D10/1 , 12. . . .
       368/280–282, 276–277, 295, 2.. . . .

(56)         References Cited

          U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D246,... S | * | 12/1977 | Inaba | D10/39 |
| D283,... S | * | 4/1986 | Lang | ...... |
| 4,624... A | * | 11/1986 | Me... et al. | ...282 |
| D323,... S | * | 2/1992 | Nakazawa | ... |
| D327,... S | * | 6/1992 | Dizier | D10/39 |
| D322,... S | * | 6/1992 | Fujihara | D10/39 |
| D357,... S | * | 4/1995 | Tsukada | D10/39 |
| D413,... S | * | 9/1999 | Schiavo et al. | D10/.. |
| D449,... S | * | 10/2001 | Ando | D10/39 |

| | | | | |
|---|---|---|---|---|
| D457,818 S | * | 5/2002 | Avranches | D10/39 |
| 2002/0064099 A1 | * | 5/2002 | Wyssbrod | 368/113 |

              OTHER PUBLICATIONS

Swiss Watch & Jewelry Journal—1987—p. 709—Swatch watches at bottom—right.*
Bloomingdales Cat.—Jun. 1994—p. 22—Swatch watches.*
European Jeweler (DGZ)—May 1997—p. 42–5 watches at middle.*
Jeweler's Circular —Keystone—Aug. 1985—p. 53–2 watches at center–left.*

* cited by examiner

Primary Examiner—M. Leon C. Holtje
(74)  Attorney, Agent, or Firm—Collen IP; Donald J. Ranft

(57)           **CLAIM**

The ornamental design for a watch case, as shown and described.

              DESCRIPTION

FIG. 1 is a front view of my new and ornamental design for a watch case;
FIG. 2 is a back view thereof;
FIG. 3 is a top view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a left side view thereof; and,
FIG. 7 is a right front perspective view thereof.

          1 Claim, 7 Drawing Sheets



U.S. Patent          Jul. 15, 2003          Sheet 1 of 7          **US D477,235 S**



Figure 1



**U.S. Patent**     Jul. 15, 2003     Sheet 2 of 7     **US D477,235 S**



Figure 2



**U.S. Patent**       Jul. 15, 2003       **Sheet 3 of 7**       **US D477,235 S**



Figure 3



**U.S. Patent**          Jul. 15, 2003          **Sheet 4 of 7**          **US D477,235 S**



Figure 4

**U.S. Patent**     Jul. 15, 2003     **Sheet 5 of 7**     **US D477,235 S**



Figure 5

**U.S. Patent**          Jul. 15, 2003          Sheet 6 of 7          **US D477,235 S**



Figure 6

**U.S. Patent**  Jul. 15, 2003  **Sheet 7 of 7**  **US D477,235 S**



Figure 7